

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00216-CV

**IN THE INTEREST OF J.A.J.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2025EM500173
Honorable Eric J. Rodriguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against appellant.

SIGNED August 6, 2025.

_____
Irene Rios, Justice